UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROSEMARY HARDY,  ) Case No. 2:16-cv-02585-RFB-CWH
  )
    Plaintiff,  )
  )
  v.  )
  )
STATE FARM MUTUAL AUTOMOBILE  ) **ORDER**
INSURANCE COMPANY,  )
  )
    Defendants.  )
_____  )

    Presently before the court is the parties' stipulated discovery plan and scheduling order (ECF No. 10), filed on December 1, 2016. The parties request a special scheduling review and a discovery period of 270 days. The parties have not provided justification for a discovery period of that length.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and scheduling order (ECF No. 10) is DENIED.

IT IS FURTHER ORDERED that the discovery period in this matter shall be 180 days, measured from the date of Defendant's petition of removal, and proceed according to the following schedule.

Discovery deadline: May 8, 2017

Deadline for motions to amend pleadings: February 6, 2017

Deadline for expert designations: March 8, 2017

Deadline for rebuttal expert designations: April 7, 2017

Deadline for dispositive motions: June 6, 2017

Deadline for pre-trial order: July 6, 2017

Deadline for interim status report: March 8, 2017

DATED: December 2, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge