RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROSEMARY HARDY, individually,

                Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois company;
DOES I-X and ROE CORPORATIONS I-X,
inclusive,

                Defendants.

Case No: 2:16-cv-02585-RFB-CWH

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between JUSTIN G. RANDALL, ESQ., of GLEN LERNER INJURY ATTORNEYS, attorneys for Plaintiff, ROSEMARY HARDY, and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within matter be

///
///
///
///
///
///

dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 2/15/17

**GLEN LERNER INJURY ATTORNEYS**

By /s/
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-6309
*Attorneys for Plaintiff,*
*Rosemary Hardy*

DATED: 3/2/17

**DENNETT WINSPEAR, LLP**

By /s/
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

## ORDER

UPON STIPULATION OF COUNSEL AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED: March 3, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge